FILED

FEB 1 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV-07-80286 MISC VRW

ORDER

Bradford Carlton Auerbach,

No 112719
_____/

        On December 21, 2007, the court issued an order to show cause (OSC) why Bradford Carlton Auerbach should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective August 16, 2007, as an inactive member of the State Bar for noncompliance with MCLE requirements and failure to pay Bar member fees.

        In response to the OSC Mr Auerbach advised the court that his Bar member fees are now current and that he will complete MCLE compliance within 60 days.

        The court now orders Mr Auerbach to advise the court as to the status of his MCLE compliance within 60 days of the date of this order.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Bradford Carlton Auerbach,

_____/

Case Number: C07-80286 (MISC) VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bradford Carlton Auerbach
10513 Northvale Road
Los Angeles, CA 90064

Dated: February 13, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*